1  PHILLIP A. TALBERT
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00226 DAD-BAM |
| 12                Plaintiff, | **STIPULATION TO CONTINUE TRIAL AND TRIAL CONFIRMATION AND ORDER THEREON** |
| 13        v. | |
| 14  LEONOR SARABIA, ET. AL. | Date: November 7, 2017 |
| 15                Defendant. | Time: 1:00 p.m. |
| | Honorable Dale A. Drozd |

17  The United States of America, by and through PHILLIP A. TALBERT, United States Attorney,
18  and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendants, by and
19  through their respective attorneys of record, hereby stipulate to continue the trial in this case from
20  November 7, 2017 until March 27, 2018 and further agree to continue the trial confirmation from
21  October 23, 2017 until March 5, 2018 at 10:00 a.m.
22  The parties request that time be excluded between November 7, 2017 through March 27, 2018
23  for the following reasons: (1) counsel for the government is undergoing medical treatment for a serious
24  condition and is unable to prepare for trial and try the matter on November 7, 2017; and (2) the
25  requested trial date represents the earliest date that all counsel are available, taking into account
26  counsels' schedules, defense counsels' commitments to other clients, and the need for preparation in the
27  case and further investigation.
28  ///

The parties further believe that time should be excluded until March 27, 2017, in that failure to grant the requested case schedule would unreasonably deny the defendants continuity of counsel, and unreasonably deny both the defendants and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case.  18 U.S.C. Section 3161(h)(7)(B)(iv).  Based on the above-stated findings, the ends of justice served by the schedule as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.  Therefore, the parties request that the Court exclude the time until the new trial date from calculations under the Speedy Trial Act.

Dated: September 29, 2017                     PHILLIP A. TALBERT
                                              United States Attorney

                                              /s/ *Kathleen A. Servatius*
                                              KATHLEEN A. SERVATIUS
                                              Assistant United States Attorney

Dated:  September 29, 2017                    /s/ *Daniel L. Harrelson*
                                              Attorney for Defendant Pedro Olguin-Leon

Dated:  September 29, 2017                    /s/ *E. Marshall Hodgkins*
                                              Attorney for Defendant Leonor Sarabia

Dated:  September 29, 2017                    /s/ *Mark W. Coleman*
                                              Attorneys for Defendant Joseph Phillip Mar

Dated:  September 29, 2017                    /s/ *Peter Michael Jones*
                                              Attorneys for Defendant Victor Perez Virgen

## **ORDER**

IT IS HEREBY ORDERED that the trial in this case be continued form November 7, 2017 until March 27, 2018 at 8:30 a.m., and that the trial confirmation be continued from October 23, 2017 until March 5, 2018 at 10:00 a.m.

IT IS FURTHER ORDERED THAT the ends of justice served by the schedule set forth herein as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act for the reasons stated in the parties' stipulation.  For the purpose of

1 computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must
2 commence, the time period of November 7, 2017 through March 27, 2018, inclusive, is deemed
3 excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by
4 the Court at the parties' request on the basis of the Court's finding that the ends of justice served by
5 taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **October 2, 2017**  

                                    UNITED STATES DISTRICT JUDGE