1  E. MARSHALL HODGKINS #76796
   ATTORNEY AT LAW
2  1186 W. SHAW, STE. 103
   FRESNO, CA 93711
3  emhlaw@aol.com
   TELEPHONE: 559-248-0900
4  FACSIMILE:  559-248-0901

Attorney for Defendant, LEONOR SARABIA-RAMIREZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LEONOR SARABIA-RAMIREZ,<br><br>　　　　　Defendant | Case No.: 1:14-CR-00226-DAD-BAM-3<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

　　The Plaintiff, United States of America, by and through its Counsel of Record Kathy Servatius, Assistant United States Attorney, and Defense Attorney E. Marshall Hodgkins, Attorney of Record for Defendant Leonor Sarabia-Ramirez hereby stipulate as follows:

　　1. To continue the currently set sentencing date of May 21, 2018 to August 20, 2018 at 10:00 am in front of the Honorable Dale A. Drozd.

　　2. The above continuance of the sentencing date is necessary in order for the defense to finish compiling certain material necessary and relevant to the sentencing.

IT IS SO STIPULATED.

Date: 5/9/18　　　　　　　　　　　　　　　　　/s/ Kathy Servatius
　　　　　　　　　　　　　　　　　　　　　　　**Kathy Servatius,**
　　　　　　　　　　　　　　　　　　　　　　　**Assistant United States Attorney**

Date: 5/9/18                                    /s/ E. Marshall Hodgkins
                                                **E. MARSHALL HODGKINS,**
                                                **Attorney of Record for**
                                                **Leonor Sarabia-Ramirez**

### ORDER

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for May 21, 2018, is continued until August 20, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **May 9, 2018**                         _/s/ Dale A. Drozd_
                                                UNITED STATES DISTRICT JUDGE