McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
ERIN M. SALES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LEONOR SARABIA-RAMIREZ,<br><br>    Defendant. | CASE NO. 1:14-CR-00226-DAD-BAM<br><br>MOTION FOR CONTINUANCE; ORDER |

The United States of America hereby moves for a continuance of the hearing on the Motion to Dismiss Petitioner's Ancillary Petition in the above-captioned case presently scheduled for Monday, January 7, 2019, at 10:00 a.m.

At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored.

Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. That exception is not deemed to include most civil cases. Indeed, the undersigned Assistant United States Attorney is furloughed until the appropriations to the Department of Justice are restored.

Undersigned counsel therefore respectfully requests a continuance of the hearing on the Motion to Dismiss Petitioner's Ancillary Petition until Congress has restored appropriations to the Department of Justice. If this request is granted, undersigned counsel will notify the Court promptly after Congress has appropriated funds for the Department of Justice, and will propose rescheduling as appropriate.

Dated: January 3, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ Erin M. Sales
ERIN M. SALES
Assistant United States Attorney

**ORDER**

The government's motion for a continuance is granted and the hearing on the government's motion to dismiss presently scheduled for Monday, January 7, 2019, at 10:00 a.m. is vacated. The government is directed to serve this order on the pro se petitioners immediately.

IT IS SO ORDERED.

Dated: **January 3, 2019**

Dale A. Drozd
UNITED STATES DISTRICT JUDGE