McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
ERIN M. SALES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00226-DAD-BAM |
| Plaintiff, | UNITED STATES' STATUS REPORT WITH REQUEST TO RESCHEDULE HEARING ON UNITED STATES' MOTION TO DISMISS PETITIONERS' ANCILLARY PETITION; ORDER |
| v. | |
| LEONOR SARABIA-RAMIREZ, | |
| Defendant. | |

The United States of America hereby submits the following status report with request to reschedule hearing on the United States' Motion to Dismiss Petitioners' Ancillary Petition.

On October 29, 2018, the United States filed a Motion to Dismiss Petitioners' Ancillary Petition in the above-captioned case, with hearing noticed for January 7, 2019. On December 21, 2018, however, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. Accordingly, the Court vacated the January 7, 2019 hearing on the Motion to Dismiss until Congress restored appropriations to the Department of Justice. Congress subsequently passed a continuing resolution on January 25, 2019.

Undersigned counsel therefore respectfully requests the pending Motion to Dismiss Petitioners' Ancillary Petition be rescheduled for hearing on March 25, 2019, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 5 of the above-entitled Court, located at 2500 Tulare Street, in

1

Fresno, California. Undersigned counsel will promptly serve Petitioners with notice of the rescheduled hearing upon receipt of the Court's order granting the United States' request to reschedule hearing.

Dated: January 28, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ Erin M. Sales
ERIN M. SALES
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: **January 28, 2019**

*Dale A. Drozd*

UNITED STATES DISTRICT JUDGE