UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:14-cr-00226-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | ORDER REFERRING MOTION SEEKING FIRST STEP ACT RELIEF TO FEDERAL DEFENDER'S OFFICE AND DIRECTING THAT DEFENDANT'S MOTION BE SEALED |
| LEONOR SARABIA RAMIREZ, | |
| Defendant. | |
| | (Doc. No. 232) |

On August 22, 2018, defendant Leonor Sarabia-Ramirez was sentenced to a term of imprisonment in this action. (Doc. No. 158.) On March 24, 2021, defendant filed a *pro se* motion for compassionate release pursuant to the First Step Act and 18 U.S.C. § 3582(c)(1)(A). (Doc. No. 232.)

Pursuant to General Order No. 595, the Federal Defender's Office ("FDO") is appointed to represent defendant in conjunction with the motion for compassionate release. The FDO shall have 60 days from the date of this order to file a supplement to defendant's *pro se* motion or to notify the court and the government it does not intend to file a supplement. Thereafter, absent further order of the court amending the deadlines, the government shall have 30 days from the

/////

1

date of the FDO's filing to file a response to defendant's motion.  Any reply shall be filed within fifteen days of the filing of any response by the government.

The Clerk of the Court is directed to include Assistant Federal Defenders Ann McClintock (Ann_McClintock@fd.org) and Carolyn Wiggin (Carolyn_Wiggin@fd.org) in the CM/ECF's Notice of Electronic Filing in this action.

The court has also observed that defendant's motion contains unredacted, sensitive personal identifying information including medical records.  For good cause appearing, defendant Leonor Sarabia-Ramirez's *pro se* motion, (Doc. No. 232), is hereby ordered filed under seal in its entirety until further order of the court.

IT IS SO ORDERED.

Dated: __March 25, 2021__                          /s/ Dale A. Drozd
                                               UNITED STATES DISTRICT JUDGE

2