**VIRNA L. SANTOS, SBN 150017**
Santos Law Group
1225 E. Divisadero Street
Fresno, California 93721
Telephone: (559) 500-3900
Facsimile: (559) 500-3902
E-Mail: vsantos@santoslg.com

Attorney for Defendant Saul Morales

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONOR SARABIA-RAMIREZ,<br><br>Defendant. | Case No. 1:14-CR-00226-03 DAD<br><br>ORDER RE: DEFENDANT LEONOR SARABIA-RAMIREZ'S REQUEST FOR LEAVE TO FILE DOCUMENTS UNDER SEAL |

This matter is before the Court on the request of defendant Saul Morales to file under seal:

1. Defendant Leonor Sarabia-Ramirez's Medical Records from the Bureau of Prisons (Exhibit 2a).

Based on the sensitive medical issues contained in the confidential medical information contained in this exhibit, it is appropriate that it be filed under seal. Accordingly, the defendant's sealing request is GRANTED. Defendant's motion and exhibits shall be filed under seal.

IT IS SO ORDERED.

Dated: **June 21, 2021**  _____
UNITED STATES DISTRICT JUDGE

[