UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONOR SARABIA-RAMIREZ,<br><br>Defendant. | No. 1:14-CR-00226-3-ADA-BAM<br><br>ORDER APPOINTING COUNSEL |

Defendant Leonor Sarabia-Ramirez ("Defendant") has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel to be appointed to represent him on Compassionate Release. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

///

///

///

///

///

///

1

IT IS HEREBY ORDERED that Benjamin P. Ramos be appointed to represent Defendant in this case effective *nunc pro tunc* to February 6, 2023, substituting the Federal Defenders Office appointed per G.O. 595.

IT IS SO ORDERED.

Dated:   March 16, 2023

UNITED STATES DISTRICT JUDGE