UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff/Respondent,<br><br>　　v.<br><br>LEONOR SARABIA-RAMIREZ,<br><br>　　　　Defendant/Movant. | No.  1:14-cr-00226-ADA-BAM-3<br><br>ORDER SEALING RECORDS<br><br>(ECF No. 138) |

Pursuant to Local Rules 140 and 141, Movant-Defendant Leonor Sarabia-Ramirez ("Movant-Defendant") requests an order sealing confidential medical records submitted in support of her motion for compassionate release or sentence reduction.

Movant-Defendant's request is based on the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 42 U.S.C. §§ 1320d-5(a)(1), which ensures privacy of an individual's medical information. *See Webb v. Smart Document Sols., LLC*, 499 F.3d 1078, 1084 (9th Cir. 2007).  HIPAA permits disclosure of an individual's medical information pursuant to a court order, subpoena, or discovery request when the healthcare provider receives assurance that the party seeking the information has made reasonable efforts to secure a qualified protective order. *See* 45 C.F.R. § 164.512(e)(ii)(b).  The protective order must prohibit the use or disclosure of protected health information for any purpose other than litigation and require the return of the protected health information to the physician at the end of the litigation or proceeding.  *See* 45

C.F.R. § 164.512(e)(v).

Upon review of Movant-Defendant's request and accompanying Exhibits 1 through 3, the Court grants Movant-Defendant's request. Exhibits 1 through 3 submitted in support of Movant-Defendant's supplemental motion to reduce sentence, pursuant to 18 U.S.C. § 3582(c)(1)(A), are ordered sealed until further order of the Court.

Accordingly,

1. Exhibits 1 through 3 submitted in support of Movant-Defendant's supplemental motion to reduce sentence are sealed until further order of the Court.

IT IS SO ORDERED.

Dated:   May 22, 2023

_____
UNITED STATES DISTRICT JUDGE