1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00226-ADA-BAM-3 |
|---|---|
| Plaintiff/Respondent, | |
| v. | **ORDER SEALING RECORDS** |
| LEONOR SARABIA-RAMIREZ, | |
| Defendant/Movant. | |

Pursuant to Local Rules 140 and 141, Movant-Defendant, LEONOR SARABIA-RAMIREZ, requests an Order sealing confidential medical records submitted in support of her motion for compassionate release or sentence reduction.

Movant-Defendant's request is based on the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 42 U.S.C. § 1320d–5(a)(1), which ensures privacy of an individual's medical information. *See Webb v. Smart Document Sols., LLC*, 499 F.3d 1078, 1084 (9th Cir. 2007). HIPAA permits disclosure of an individual's medical information pursuant to a court order, subpoena, or discovery request when the healthcare provider receives assurance that the party seeking the

information has made reasonable efforts to secure a qualified protective order. *See* 45 C.F.R. § 164.512(e)(ii)(b). The protective order must prohibit the use or disclosure of protected health information for any purpose other than litigation and require the return of the protected health information to the physician at the end of the litigation or proceeding. *See* 45 C.F.R. § 164.512(e)(v).

Upon review of Movant-Defendant's request and her pro se motion to reduce sentence, pursuant to 18 U.S.C. § 3582(c)(1)(A), [ECF 302], the Court grants Movant-Defendant's request. Pages 18 through 135 submitted in support of Defendant's **pro se** motion to reduce sentence, 18 U.S.C. Section 3582(c)(1)(A), [ECF 302] are ordered sealed until further order of the Court.

Accordingly,

1. Pages 18 through 135 submitted in support of Defendant's pro se motion to reduce sentence, 18 U.S.C. Section 3582(c)(1)(A), [ECF 302] are sealed until further order of the Court.

IT IS SO ORDERED.

Dated:   May 26, 2023

UNITED STATES DISTRICT JUDGE