IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>LEONOR SARABIA-RAMIREZ,<br><br>　　　　　　　　Defendant. | CASE NO.  1:14-CR-226-ADA-BAM-3<br><br>ORDER GRANTING PARTIES' STIPULATION TO EXTEND DEADLINE TO FILE GOVERNMENT'S RESPONSE AND DEFENDANT'S REPLY<br><br>(ECF No. 325) |

On June 14, 2023, Parties filed a stipulation to extend the briefing schedule for Defendant-Petitioner's pending Motion to Vacate or Reduce Sentence. (ECF No. 325.) Good cause found; the Court orders as follows:

1. The Government shall file its response to the defendant's motion for compassionate release on or before July 5, 2023.

///

///

///

///

///

1

2. The defendant shall file his optional reply within 15 days of the filing of the government's response.

IT IS SO ORDERED.

Dated:  June 20, 2023

_____
UNITED STATES DISTRICT JUDGE