UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONOR SARABIA-RAMIREZ,<br><br>Defendant. | No. 1:14-cr-00226-DAD<br><br>ORDER DENYING DEFENDANT'S MOTIONS FOR COMPASSIONATE RELEASE AND FOR A REDUCTION OF SENTENCE AS MOOT<br><br>(Doc. No. 302, 317) |

On November 1, 2021, the undersigned issued an order denying defendant Sarabia-Ramirez's first motion for compassionate release brought pursuant to 18 U.S.C. § 3582(c)(1)(A). (Doc. No. 259.) Thereafter, on August 25, 2022, this case was reassigned to another district judge. (Doc. No. 279.) Following the reassignment, defendant Sarabia-Ramirez filed with the court a *pro se* motion for a sentence reduction (Doc. No. 302) followed by another motion for compassionate release brought pursuant to 18 U.S.C. § 3582(c)(1)(A) which was submitted by appointed counsel on her behalf (Doc. No. 317). On April 15, 2024, this case was reassigned back to the undersigned. (Doc. No. 335.)

Unfortunately, upon that last reassignment of the case, the undersigned was unaware of these pending motions. Upon recently learning that the motions remained pending, the court also discovered that according to the U.S. Bureau of Prisons Inmate Locator website

1

1  (https://www.bop.gov/inmateloc//), defendant Sarabia-Ramirez has not remained in Bureau of
2  Prisons custody since February 10, 2025. Accordingly, the pending motions have been rendered
3  moot by defendant's release from confinement and are hereby dismissed.

  IT IS SO ORDERED.

Dated:   **May 20, 2025**

            /s/ Dale A. Drozd
            DALE A. DROZD
            UNITED STATES DISTRICT JUDGE

2